STEWART, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Clara L. Stewart against the Long Island Railroad Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 66 N. Y. Supp. 436.

STOUT, Respondent, v. GRIGSBY, Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by James N. Stout against Emilie B. Grigsby. M. Saxe, for appellant. J. W. Brainsby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STROHMAN, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by George H. Strohman against Delphus T. King. No opinion. Judgment affirmed, with costs.

SUTHERLAND, Respondent, v. NORTHRUP et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Anna J. Sutherland against Charles W. Northrup and another, as administrators, etc., of Lydia Ann Buell, deceased. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., absent.

SWARZCHILD & SULZBERGER CO., Respondent, v. KOEPPLER, Appellant. (City Court of New York, General Term. December 13, 1900.) Action by the Swarzchild & Sulzberger Company against Henry G. Koeppler. There was a judgment for plaintiff, and from an order denying a motion for a new trial, made on the judge's minutes, defendant appeals. Affirmed. Oscar Richter, for appellant. Hays, Greenbaum & Hershfield, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

SWIFT, Respondent, v. ASPELL & CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Charles N. Swift against Aspell & Co. L. W. Stotesbury, for appellant. G. L. Carlisle, for respondent. No opinion. Judgment affirmed, with costs.

SWIFT v. FINNEGAN. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Action by Fred H. Swift against George P. Finnegan. No opinion. Motion denied. See 65 N. Y. Supp. 723, 66 N. Y. Supp. 1145.

TAYLOR, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Charles G. Taylor against Charles G. Clark, as treasurer of the American Express Company. No opinion. Judgment affirmed, with costs. All concur, except BARTLETT, J., absent.

THIRD NAT. BANK OF SYRACUSE, N. Y., Respondent, v. KEEFE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1900.) Action by the Third National Bank of Syracuse, N. Y., against Arthur J. Keefe and Lewis A. Hawley, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

THORN, Respondent, v. ALVORD, Appellant. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Theodore M. Thorn against Alwyn A. Alvord. J. G. K. Lee, for appellant. J. A. Kelly, for respondent. No opinion. Order (66 N. Y. Supp. 587) affirmed, with $10 costs and disbursements.

THURBER, Appellant, v. WASHBURN & MOEN MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Horace K. Thurber against the Washburn & Moen Manufacturing Company and Lilian H. Andrews, as receiver. No opinion. Motion to resettle order denied. See 66 N. Y. Supp. 1146.

In re TOMPKINS. (Supreme Court, Appellate Division, Second Department. November 1, 1900.) In the matter of the application of Herbert Tompkins for an order to Frank A. Sweet, William Van Orden, William A. Kilmer, and Edward D. Morgan, the board of inspectors of election of election district No. 2, town of Greenburgh, county of Westchester. Motions Nos. 1, 2, and 3.

PER CURIAM. Orders reversed, without costs, on the ground that the applications were irregularly entertained on a day less than two days prior to the second Saturday before election. See section 31 of the election law.

HIRSCHBERG, J., absent.

TOWER v. BLESSING. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Franklin D. Tower against Edward McC. Blessing. No opinion. Motion denied. See 67 N. Y. Supp. 124.

TOWN OF HEMPSTEAD, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by the town of Hempstead against the city of New York. No opinion. Motion denied.